IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER STEPHEN POWERS,

    Petitioner,

v.                                                      Case No.: 5:10cv243/MCR/MD

KENNETH S. TUCKER,

    Respondent.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 15, 2011 (doc. 25). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

    Having considered the Report and Recommendation, and no objections thereto being timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 1) challenging the conviction and sentence in *State of Florida v. Powers* in the Circuit Court of Holmes County, Florida, case no. 07-195CF, is **DENIED** and the clerk is directed to close the file.

    3.    A certificate of appealability is **DENIED**.

    **DONE AND ORDERED** this 22nd day of March, 2012.

                                              s/ *M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**